Michael S. Agruss (SBN: 259567)
AGRUSS LAW FIRM, LLC
4619 N. Ravenswood Ave., Suite 303A
Chicago, IL 60640
Tel: 312-224-4695
Fax: 312-253-4451
michael@agrusslawfirm.com
Attorney for Plaintiff,
ALVIN JOHNSON

Craig J. Mariam (SBN: 225280)
GORDON & REES LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
Tel: 213-576-5000
Fax: 877-306-0043
Attorney for Defendant,
Convergent Outsourcing, Inc.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| ALVIN JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **Case No.: 2:15-cv-00316-TLN-EFB** |
| ) | |
| CONVERGENT OUTSOURCING, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**<u>ORDER</u>**

On April 16, 2015 Plaintiff ALVIN JOHNSON, and Defendant CONVERGENT OUTSOURCING, INC., through their counsel of record, filed a Stipulation to Dismiss Count Three of Plaintiff's Compliant with Prejudice.

Pursuant to the party's Stipulation to Dismiss, and with good cause appearing, **IT IS SO ORDERED** that Count Three of Plaintiff's Complaint is dismissed with prejudice.

Dated: April 23, 2015

_____
Troy L. Nunley
United States District Judge